UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Shelly Cluff, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 3:11-cv-13072-DRH-PMF

*Tiffany Rollins v. Bayer Corporation, et al.*   No. 3:12-cv-11277-DRH-PMF

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 4, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Cheryl A. Ritter*
**Deputy Clerk**

Date: February 5, 2015

Digitally signed by David R. Herndon
Date: 2015.02.05 11:28:29 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT